**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00579-CR
No. 05-13-00580-CR

**BRODERICK JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-12-58467-T, F-12-58468-T**

## ORDER

We **GRANT** Official Court Reporter Susan Peters Tabaee's June 25, 2013 request for an extension of time to file the reporter's record to the extent we **EXTEND** the time to file the reporter's record until **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
           JUSTICE